UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-14000 (DEA) |
| v. | : | |
| | : | CONTINUANCE ORDER |
| JABREE JOHNSON | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (by Christopher Matthews, Special Assistant U.S. Attorney), and defendant JABREE JOHNSON (by Mark W. Catanzaro, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter from the date of this order through April 30, 2022, and the defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b), and the defendant through his attorney having consented to the continuance, and three prior continuances having been granted by the Court; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are ongoing, and the parties would like additional time to continue negotiating a plea agreement, which would render a trial of this matter unnecessary;

1

(2) The defendant requires time to review discovery, and prepare and file appropriate motions; and

(3) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this <u>31st</u> day of January, 2022,

ORDERED that this action be, and it hereby is, continued through April 30, 2022; and it is further

ORDERED that the period from the date this Order is signed through April 30, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

                                                   DOUGLAS E. ARPERT
                                                   United States Magistrate Judge

Form and entry consented to:

_____
Mark W. Catanzaro, Esq.
Counsel for Defendant


s/ Christopher Matthews
Christopher Matthews
Special Assistant U.S. Attorney

2